LAW OFFICES OF DIANA LAKIC LLC
42 EAST WESTFIELD AVE.
ROSELLE PARK, NJ 07204
908-272-3700
Attorney for Plaintiff Sandra Coronado and Francis Serrano
Attorney ID: 0317 82009

| | |
|---|---|
| SANDRA CORONADO AND FRANCIS SERRANO,<br><br>             Plaintiffs,<br><br>vs.<br><br>KALVIN JAMES SALES, CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS a/k/a CHURCH OF JESUS CHRIST LDS, JOHN DOES 1-10 (fictitious names) and ABC CORPS 1-10, (fictitious names)<br><br>             Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>NO. 2:17-cv-13150-SDW-LDW |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THE PLAINTIFF SANDRA CORONADO ONLY AGAINST THE DEFENDANTS**

The matter in difference in the above entitled action having been amicably resolved by Plaintiff SANDRA CORONADO **ONLY,** and Defendant KALVIN JAMES SALES, Defendant CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS a/k/a CHURCH OF JESUS CHRIST LDS.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff SANDRA CORONADO **ONLY** and the Defendants, that the same be and it is hereby dismissed without costs against either party, as to Defendant KALVIN JAMES SALES, and Defendant CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS a/k/a CHURCH OF JESUS CHRIST LDS.

| | |
|---|---|
| LAW OFFICES OF DIANA LAKIC, LLC | POST & SCHELL, P.C. |
| _____ 3/12/19 | _____ 3/28/19 |
| DIANA LAKIC, ESQ.<br>Attorney for Plaintiff | Christopher T. Chancler, Esq.<br>Attorney for Defendant |

So Ordered

this 5th day of April, 2019

_____
Susan D. Wigenton, U.S.D.J.