LAW OFFICES OF DIANA LAKIC LLC
42 EAST WESTFIELD AVE.
ROSELLE PARK, NJ 07204
908-272-3700
Attorney for Plaintiff Sandra Coronado and Francis Serrano
Attorney ID: 0317 82009

| | |
|---|---|
| SANDRA CORONADO AND FRANCIS SERRANO,<br><br>Plaintiffs,<br><br>vs.<br><br>KALVIN JAMES SALES, CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS a/k/a CHURCH OF JESUS CHRIST LDS, JOHN DOES 1-10 (fictitious names) and ABC CORPS 1-10, (fictitious names)<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>NO. 2:17-cv-13150-SDW-LDW |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THE PLAINTIFF FRANCIS SERRANO ONLY AGAINST THE DEFENDANTS

The matter in difference in the above entitled action having been amicably resolved by Plaintiff FRANCIS SERRANO ONLY, and Defendant KALVIN JAMES SALES, Defendant CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS a/k/a CHURCH OF JESUS CHRIST LDS.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff FRANICS SERRANO ONLY and the Defendants, that the same be and it is hereby dismissed without costs against either party, as to Defendant KALVIN JAMES SALES, and Defendant CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS a/k/a CHURCH OF JESUS CHRIST LDS.

LAW OFFICES OF DIANA LAKIC, LLC

_____ 3/22/19

DIANA LAKIC, ESQ.
Attorney for Plaintiff

POST & SCHELL, P.C.

_____ 3/28/19

Christopher T. Chancler, Esq.
Attorney for Defendant

So Ordered
this _5th_ day of _April 2019_

_____
Susan D. Wigenton, U.S.D.J.